**BRM:ass**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. **00-6086**

UNITED STATES OF AMERICA )
) **CR-FERGUSON**
v. )
)
IN RE: GRAND JURY 99-01 FTL ) MAGISTRATE JUDGE
) SNOW
_____ )



## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the Federal Bureau of Investigation with respect to the above-captioned matter until such time as the defendant is arrested or further order the Court. The government is requesting this indictment be sealed because it believes the defendant may flee if he becomes aware of the pending indictment.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
Facsimile: (954) 356-7336

