BRM:ass

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. **00 - 6086**

UNITED STATES OF AMERICA )
                         )   **CR - FERGUSON**
v.                       )
                         )
IN RE: GRAND JURY 99-01 FTL )   MAGISTRATE JUDGE
_____)   SNOW

## ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the Federal Bureau of Investigation, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of April, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE