UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: **0 - 6 0 8 6   CR - FERGUSON**

18 U.S.C. § 2113(a)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

v.

GARY LAMONT MOORE.

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about June 30, 1999, in Broward County, in the Southern District of Florida, the defendant,

### GARY LAMONT MOORE,

did knowingly, by force, violence and intimidation, take from the person and presence of an employee of Union Planters Bank, approximately two thousand, one hundred and forty-four dollars ($2,144.00) in United States currency, belonging to, and in the care, custody, control, management and possession of Union Planters Bank, a bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**GARY LAMONT MOORE**

**CERTIFICATE OF TRIAL ATTORNEY***
_____

**Superseding Case Information:**
New Defendant(s)   Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

___  Miami  ___  Key West
_X_  FTL    ___  WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_
   List language and/or dialect ___English___

4. This case will take ____ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   I    0 to 5 days       _X_    Petty       ____
   II   6 to 10 days      ____   Minor       ____
   III  11 to 20 days     ____   Misdem.     ____
   IV   21 to 60 days     ____   Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached

REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: GARY LAMONT MOORE          No.:_____

Count # 1:

Bank Robbery; in violation of 18 U.S.C. § 2113(a)

*Max Penalty:    20 years' imprisonment; $ 250,000 fine

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96