AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BERTHA R. MITRANI   SPECIAL AGENT RENAE MCDERMOTT   (954) 286-1469

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

GARY LAMONT MOORE

## WARRANT FOR ARREST

CASE NUMBER: 00-6086-CR- WDF

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GARY LAMONT MOORE
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Bank Robbery,

in violation of Title 18 United States Code, Section(s) 2113(a)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 4, 2000, Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |