# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 05/22/2000   TIME: 9:30 AM

DEFT. GARY LAMONT MOORE (J)   CASE NO. 00-6086-CR-FERGUSON/SNOW

AUSA. *Karen Atkinson* / BERTHA MITRANI   ATTY. FPD - Robert Adler

AGENT. FBI   VIOL. 18:2113 (a)

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Initial held

Deft present - sworn /test.
Case Unsealed in open court.
Indictment read to deft & advised of his rights
Court questions deft, finds him Indigent &
appts FPD.
Arraignment & Detention set for Friday,
5-26-00 @ 10:00 am before Judge Johnson.

DATE: 5-22-00   TAPE: AEV 00-33-3014