**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-6086-CR-FERGUSON/SNOW__

UNITED STATES OF AMERICA,
   Plaintiff,

v.

   Defendant.
**GARY LAMONT MOORE** _____/

ORDER ON INITIAL APPEARANCE
Language __ENGLISH__
Tape No. __AEV 00-33-3014__
AUSA __KAREN ATKINSON__
Agent __FBI__

The above-named defendant having been arrested on __5-19-00__, having appeared before the court for initial appearance on __5-22-00__, and proceedings having been held in accordance with *F.R.C.P.* 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. __FEDERAL PUBLIC DEFENDER-ROBERT ADLER__ appointed as permanent counsel of record.
   Address: __WPB, FL.__
   Zip Code: _____ Telephone: __561-833-6288__

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19___.

4. Arraignment~~XXXXXXXXXXXXXXXXXXXXX~~ hearing is set for __FRIDAY, 5-26-00 @ 10:00 AM__ BEFORE JUDGE __JOHNSON__

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because __COURT ORDERED__.

A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __FRIDAY, 5-26-00 @ 10:00 AM__ BEFORE JUDGE __JOHNSON__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

SD/F M-1
Rev.12/95

—1—

US. S. GARY LAMONT MOORE

00-6086-CR-FERGUSON/SNOW

___ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at ___WPB___, this __22__ day of ___MAY___ XXXX 2000.

X _____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal
       Services

SD/F M-1
Rev.12/95

—2—