AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI    SPECIAL AGENT RENAE MCDERMOTT  (954) 286-1469

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

GARY LAMONT MOORE

FILED by _____ D.C.
MAY 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: 00-6086-CR-WDF

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ GARY LAMONT MOORE _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Bank Robbery,

in violation of Title 18 United States Code, Section(s) 2113(a)

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

April 4, 2000, Fort Lauderdale, Florida
Date and Location

*[signature] Lurana S. Snow*
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Detainer pick up from S. Bay CI |||
| DATE RECEIVED<br>4/4/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br><br>Fred Depompa, SDUSM |
| DATE OF ARREST<br>5/22/2000 | FOR: FBI | |