## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 5/26/00   TIME: 10:00 AM

**DEFT.** GARY LAMONT MOORE (J)   **CASE NO.** 00-6086-FERGUSON

**AUSA.** BERTHA MITRANI   **ATTY.** ~~ROBERT ADLER~~, AFPD  *Leno Watis*

**AGENT.**   **VIOL.** BANK ROBBERY  18:2113(a)

**PROCEEDING** ARRAIGN & PTD   **BOND.** NO BOND

**DISPOSITION** Status Conf set 6/26/00 in Ft. Lauderdale

Reading of Indictment Waived   *Defendant arraigned.*
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order Requested.

PTD hearing held. Renee McDermott - FBI agent sworn. Court finds defendant is a risk of flight and a danger to community & orders deft pretrial detained

DATE: 5/26/00.   TAPE: LRJ-00- 32-2113