UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6086-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

GARY LAMONT MOORE,
        Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

<u>Defendant:</u>         Jail No.:_____

                Language: ENGLISH

                Address: IN CUSTODY

                Tel. No:_____

<u>Defense Counsel:</u>   Name  : FEDERAL PUBLIC DEFENDER

                Address: 400 AUSTRALIAN AVE NORTH

                      WEST PALM BEACH, FL 33401

                Tel. No: 561-833-6288

<u>Bond Set/Continued:</u>    $ PTD (LAJ)

Dated this 26th day of May, 2000.

                CLARENCE MADDOX, CLERK

                BY_____
                      Deputy Clerk

                            TAPE NO. LRJ-00-37
                            DIGITAL START NO. 2113