HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __GARY LAMONT MOORE_____ CASE NO: __00-6086-CR-FERGUSON__

AUSA __BERTHA MITRANI__ pc    ATTY __FPD Grube for Hunt__

disc cut - trial set next week
Possible m/to cont to be filed
DEFT __Motion due July 5 if continued__ CASE NO: _____

AUSA_____ ATTY_____

FILED by D.C. JUN 2 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. PT. LAUD.

CO-034
C 1302

DEFT_____ CASE NO: _____
AUSA_____ ATTY_____

DEFT_____ CASE NO: _____
AUSA_____ ATTY_____

DEFT_____ CASE NO: _____
AUSA_____ ATTY_____

DEFT_____ CASE NO: _____
AUSA_____ ATTY_____

DATE __6/26/00_____ TIME __11:00__

17