UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6086-CR-FERGUSON

UNITED STATES OF AMERICA,   :

      Plaintiff,   :

v.   :

GARY LAMONT MOORE,   :

      Defendant.   :

_____ :



FILED by _____ D.C.
JUN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, Gary Moore, through counsel, respectfully moves for a continuance of the trial in this matter by a period of at least thirty (30) days, from the currently scheduled trial period beginning July 3, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on May 26, 2000, in West Palm Beach. Undersigned counsel entered an appearance on June 1, 2000. This case is currently set for trial during the two week period beginning July 3, 2000. This is the first trial setting in this matter.

2. Counsel has received the government's written discovery response in this case, and has reviewed that discovery with Mr. Moore. Counsel has not yet met with the government to review the physical evidence in this case. Defendant respectfully requests more time to complete investigation and preparation.

3. Mr. Moore is currently incarcerated. He agrees with counsel's assessment that more time is needed for adequate preparation, and has requested the filing of this motion.

4. Bertha Mitrani, the Assistant United States Attorney who is handling this case for the



government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, the Defendant Gary Moore, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty (30) days.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this ___ day of June, 2000 to Bertha Mitrani, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt