UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6086-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

GARY LAMONT MOORE, :

    Defendant. :

FILED by _____ D.C.

JUN 2 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on June 26, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was provided during the week of June 19, 2000.

2. Counsel for the defendant shall have until July 5, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of June, 2000.

                                        _____
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
AFPD Patrick Hunt (FTL)

