UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA,                           SOUTHERN DISTRICT OF FLORIDA
                    Plaintiff,
            Vs.                                                Case No. 00–6086-CR-FERGUSON

GARY L. MOORE, (J)
            Defendant.                          JUL  6 2000
_____/

## ORDER GRANTING ORAL MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned oral motion filed in open court, by

defendant, Gary L. Moore, on June 26, 2000. The Court having considered the motion and advise of

the government that it does not oppose such a motion. Therefore, it is

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **July 17, 2000, and Calendar Call is**

**scheduled for 3:15 p.m. on Monday , July 10, 2000**, before the Honorable Wilkie D. Ferguson, Jr.,

United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward

Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the

defendant reasonable time necessary for effective preparation for trial outweighs any interest of the

public or the defendant in a speedy trial. The Court finds the period of delay from (6/26/00 to 7/17/00)

excludable in calculating the period within which trial must commence under the Speedy Trial Act. See,

18 U.S.C. Section 3161 (h)(B)(iv).

    **DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of June 2000.

                                        _____
                                        WILKIE D. FERGUSON, JR.
                                        UNITED STATES DISTRICT JUDGE

Bertha Mitrani, AUSA and Patrick Hunt, AFPD