**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


JUL 10 2000

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6086CR_  Date: _7-10-2000_
Clerk: _Valerie Thompson_  Reporter: _Paul Haferling_
USPO: _____  Interpreter: _None_
**UNITED STATES OF AMERICA vs.** _Gary D. Moore_

AUSA: _Bertha Mitrani_
Defendant(s) Counsel: _Pat Hunt_

Defendant(s) Present___ Not Present___ In Custody _✓_
Reason for hearing: _Calendar Call_

Result of hearing: _Defense oral motion to Continue trial granted_

Case Continued to: _7-24-00_ Time: _3:15_ p.m. For: _Calendar Call_

21