SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 16 2000

CASE # 00-6086-CR-WDF

DEFENDANT: Gary L. Moore
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: ~~TROY T. WALKER~~ D. M<sup>c</sup>Intosh
DATE: 10/13/00
Court Reporter: Paul Haferling
USPO: Frank Smith
AUSA: Larry Bardfeld
Deft's Counsel: Patrick Hunt

COUNTS DISMISSED: All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM/PM

10 Days to Appeal

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts | |
|---|---|---|---|---|
| | | 33 | 1 | Sentence to run Concurrent w/ State Court sentence in case #99-12771-CF |

Supervised Release: 3 years

Probation: Years ___ Months ___ Counts ___

Comments SC: Participate in drug treatment program.

Assessment $: 100
Fine $: N/A
Restitution/Other: $2,144 - Union Planters Bank

#### CUSTODY
✓ Remanded to the Custody of the U.S. Marshal Service ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on ___/___/___

Commitment Recommendation: BOP in Baltimore Area

26