# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **GARY LAMONT MOORE** | Case Number: **0:00CR06086-001** |
| | **PATRICK HUNT, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **COUNT 1 OF THE INDICTMENT**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2113 (a) | BANK ROBBERY | 06/30/1999 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **ALL OTHERS** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05/05/1974
Defendant's USM No.: 53802-004
Defendant's Residence Address:
1526 Waverly Way
Baltimore          MD

Defendant's Mailing Address
1526 Waverly Way
Baltimore

10/13/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

Oct. 15, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/16/00

DEFENDANT: **GARY LAMONT MOORE**
CASE NUMBER: 0:00CR06086-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __33__ month(s).

**SENTENCE TO RUN CONCURRENT WITH SENTENCE IMPOSED IN STATE CASE #99-12771-CF**

☒ The court makes the following recommendations to the Bureau of Prisons:

**CORRECTIONAL FACILITY IN THE BALTIMORE, MARYLAND AREA**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12/14/00__ to __FCI Y/AZ__

at __Yuzoo City, MS__, with a certified copy of this judgment.

__K. Yusuff, Warden__
~~UNITED STATES MARSHAL~~

By __E. White   LDC__
Deputy U S Marshal