Judgment-Page  **2**  of  **7**

DEFENDANT:        **GARY LAMONT MOORE**
CASE NUMBER:    **0:00CR06086-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  ____**33**   **month(s)**____  .

## SENTENCE TO RUN CONCURRENT WITH SENTENCE IMPOSED IN STATE CASE #99-12771-CF

☒   The court makes the following recommendations to the Bureau of Prisons:
   **CORRECTIONAL FACILITY IN THE BALTIMORE, MARYLAND AREA**

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at  _____ a.m./p.m.  on  _____  .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on  _____  .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  _12/14/00_  to  _FCI YAZ_

at _Yazoo City, MS_ , with a certified copy of this judgment.

K Yusuff

UNITED STATES MARSHAL  *warden*

By  _E. White_

Deputy U.S. Marshal