PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 63984

FILED by _____ D.C.

SEP 0 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6086-CR-FERGUSON ( Martinez )

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: MOORE, Gary Lamont

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Miami, Florida

Date of Original Sentence: October 13, 2000

Original Offense:    Bank Robbery, 18 U.S.C. § 2113 (a), a Class C felony.

Original Sentence: thirty-three (33) months custody in the Bureau of Prisons followed by three (3) years supervised release. Special Condition includes participation in an approved treatment program for mental health/substance abuse as directed by the U.S. Probation Office, $100.00 special assessment and restitution in the amount of $2,144.00.

Type of Supervision: Supervised Release        Date Supervision Commenced: November 3, 2002

## PETITIONING THE COURT

[]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $155.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payments of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

The defendant was ordered to make restitution in the sum of $2,144.00. A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant reported his household income and expenses on a monthly basis.

PROB 12B                                                    SD/FL PACTS No. 63984
(SD/FL 9/96)

Based on this information, it was determined that the defendant will only be able to pay $155.00 per month toward restitution. The defendant has signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release establishing restitution at $155.00 per month commencing in July 2004 and every month thereafter. As such, if Your Honor is in agreement with this recommendation, please sign the petition below, modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by

Lynette G. Herrera
U.S. Probation Officer
Phone: (305) 808-6453
Date: August 23, 2004

w/pm

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[x]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date